ELDA M. SIDHU
General Counsel
Nevada Bar No. 7799
JANET L. MERRILL
Assistant General Counsel
Nevada Bar No. 10736
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
elda.sidhu@unlv.edu
janet.merrill@unlv.edu
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RYAN ENLOW, | CASE NO.: 2:19-cv-01517-KJD-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO STAY DISCOVERY** |
| vs. | |
| STATE OF NEVADA *ex rel.* BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF UNIVERSITY OF NEVADA, LAS VEGAS, DOE INDIVIDUALS I-X, ROE CORPORATIONS I-X. | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** by and among, Plaintiff, Ryan Enlow ("**Plaintiff**"), and Defendant, the State of Nevada *ex rel.* the Board of Regents of the Nevada System of Higher Education, on behalf of the University of Nevada, Las Vegas ("**UNLV**"), by and through

/ / /

/ / /

/ / /

/ / /

/ / /

their undersigned counsel of record, that discovery in the above-entitled action should be stayed pending the Court's ruling on Defendant UNLV's Motion to Dismiss Plaintiff's Complaint [ECF No. 6].

DATED: October 1, 2019

/s/ Janet L. Merrill
ELDA M. SIDHU, ESQ.
JANET L. MERRILL, ESQ.
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
*Attorney for Defendants*

DATED: October 1, 2019

/s/ Marta Kurshumova
JENNY FOLEY, ESQ.
MARTA D. KURSHUMOVA, ESQ.
HKM EMPLOYMENT ATTORNEYS LLP
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 625-3893
*Attorney for Plaintiff*

## **ORDER**

IT IS SO ORDERED that discovery in above-entitled case be stayed pending the Court's ruling on Defendant UNLV's Motion to Dismiss Plaintiff's Complaint [ECF No. 6].

IT IS FURTHER ORDERED that if the motion to dismiss is denied, the parties must file a proposed discovery plan and scheduling order within 14 days of the court's order on the motion to dismiss.

DATED: October 4, 2019

_____
UNITED STATES MAGISTRATE JUDGE