**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**MARTA D. KURSHUMOVA, ESQ.**
Nevada Bar No. 14728
E-mail: mkurshumova@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 325
Las Vegas, Nevada 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RYAN ENLOW, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCTION ON BEHALF OF THE UNIVERSITY OF NEVADA, LAS VEGAS, DOE INDIVIDUALS I –X, ROE CORPORATIONS I-X,<br><br>Defendants. | CASE NO.: 2:19-cv-01517-KJD-BNW<br><br>**<u>STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT</u>**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Plaintiff Ryan Enlow may have additional time within which to submit Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint.

1. Under the Federal Rules of Civil Procedure, Plaintiff's Opposition would be due October 2, 2019. See Fed. R. Civ. P. 12(a)(4)(A).

2. On October 9, 2019, Marta D. Kurshumova, counsel for Plaintiff, conferred with Janet L. Merrill, counsel for Defendant, regarding the timing of Plaintiff's Opposition. Counsel

for Defendant consented to Plaintiff's request to enlarge the time for filing the reply by eight (8) days, which would make the new deadline Thursday, October 17, 2019.

3. Good cause exists for this extension as Ms. Kurshumova is new to the case and needs more time to review the file.

4. The extension will not result in undue delay in the administration of this cause.

5. No other enlargement of time has been previously requested in this case.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Plaintiff hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Defendant's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

DATED: October 9, 2019

/s/
ELDA M. SIDHU, ESQ.
JANET L. MERRILL, ESQ.
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
*Attorney for Defendant*

DATED: October 9, 2019

JENNY FOLEY, ESQ.
MARTA D. KURSHUMOVA, ESQ.
HKM EMPLOYMENT ATTORNEYS LLP
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 625-3893
*Attorney for Plaintiff*

**ORDER**

**IT IS SO ORDERED:**

Dated: October 16, 2019

United States Magistrate Judge