ELDA M. SIDHU
General Counsel
Nevada Bar No. 7799
JANET L. MERRILL
Assistant General Counsel
Nevada Bar No. 10736
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
elda.sidhu@unlv.edu
janet.merrill@unlv.edu
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RYAN ENLOW, | CASE NO.: 2:19-cv-01517-KJD-BNW |
| Plaintiff, | **ORDER TO DISMISS CASE WITH PREJUDICE** |
| vs. | |
| STATE OF NEVADA *ex rel.* BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF UNIVERSITY OF NEVADA, LAS VEGAS, DOE INDIVIDUALS I-X, ROE CORPORATIONS I-X. | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** by and among, Plaintiff, Ryan Enlow ("**Plaintiff**"), and Defendant, the State of Nevada *ex rel.* the Board of Regents of the Nevada System of Higher Education, on behalf of the University of Nevada, Las Vegas ("**UNLV**"), by and through

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

their undersigned counsel of record, that the above-entitled action, in its entirety, be voluntarily dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED: March 9, 2020

/s/ Janet L. Merrill
ELDA M. SIDHU, ESQ.
JANET L. MERRILL, ESQ.
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
*Attorney for Defendant*

DATED: March 9, 2020

/s/ Jenny Foley
JENNY FOLEY, ESQ.
MARTA D. KURSHUMOVA, ESQ.
HKM EMPLOYMENT ATTORNEYS LLP
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 625-3893
*Attorney for Plaintiff*

## **ORDER**

IT IS SO ORDERED that the above-entitled case be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED this __10th__ day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE